O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARCUS PHILLIP BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-03-12 |
| | § | |
| FRED LIPPARD, | § | |
| | § | |
| Defendant. | § | |

### ORDER STRIKING MOTION FOR PRODUCTION OF DOCUMENTS

On May 16, 2005, plaintiff filed his motion for production of documents (D.E. 75). In it he seeks various discovery from defendant Lippard. The Clerk is ordered to strike the pleading from the record. According to the Local Rules for the Southern District of Texas, discovery and discovery requests are not filed with the court. LR5.5. Plaintiff may direct his discovery requests directly to counsel for the defendant. If the requested material is not received within thirty days, plaintiff may file a motion for an order compelling discovery. Fed. R. Civ. P. 37.

The striking of plaintiff's motion does not affect the defendant's obligation to timely comply with discovery requests.

ORDERED this 8th day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge